### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02458-CMA-MEH

OSCAR NUNEZ CARRASCO,

    Petitioner,

v.

JOHN LONGSHORE, Field Director, Immigration and Customs Enforcement,
JEH JOHNSON, Secretary of the Department of Homeland Security,
JOHN MORTON, Director for Immigration and Customs Enforcement, and
ERIC HOLDER, Attorney General, United States of America,

    Respondents.

---

### FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Writ of Habeas Corpus of Judge Christine M. Arguello entered on September 23, 2014 it is

ORDERED that this Court GRANTS Mr. Nunez Carrasco's Application for a Writ of Habeas Corpus (Doc. No. 1) filed September 4, 2014. It is further

Ordered that the Petitioner shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 26th day of September, 2014.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

By:  s/   A. Thomas

                       Deputy Clerk